Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000820
16-NOV-2017
08:20 AM

NO. CAAP-16-0000820

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COMMERCIAL PROPERTIES, LIMITED, a Hawaii corporation,
    Plaintiff/Counterclaim Defendant, v. SANDY
    POEHNELT; PUA'A 'ILI OI OI OHANA LLC, a Hawaii
    limited liability company; THE RIGHT SLICE LLC, a
    Hawaii limited liability company,
    Defendants/Counterclaimants, and JOHN DOES 1-20;
    JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE
    CORPORATIONS 1-20; DOE ENTITIES 1-20; DOE
    GOVERNMENTAL UNITS 1-20, Defendants

AND

SANDY POEHNELT; PUA'A 'ILI OI OIOHANA LLC, a Hawaii
    limited liability company; THE RIGHT SLICE LLC, a
    Hawaii limited liability company, Third-Party
    Plaintiffs, v. STACY MONIZ, TRUSTEE OF THE
    UNRECORDED STACY MONIZ REVOCABLE TRUST DATED
    JANUARY 22, 2013, JO ANNE N. MONIZ, TRUSTEE OF THE
    UNRECORDED JO ANNE N. MONIZ TRUST DATED
    FEBRUARY 12, 1999, ANTONIA L. MONIZ, AND JOHN
    MONIZ, Third-Party Defendants, and MARY C. WALSH,
    as Trustee of Trust A, a sub-trust of the Beatrice
    Duarte Living Trust created under an unrecorded
    Trust Agreement dated September 24, 1991,
    as amended and restated in an unrecorded document
    dated July 14, 2008, and as Trustee of the Mary C.
    Walsh Declaration of Trust dated January 16, 2002,
    as amended and restated the 28th day of July,
    2008, as it may be further amended, Third-Party
    Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 15-1-0087 JKW)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Nakamura, C.J., Fujise and Chan, JJ.)

Upon consideration of the stipulation to dismiss appeal with prejudice (Stipulation) filed on November 6, 2017, it appears that Appeal No. CAAP-16-0000820 has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP).

Therefore, pursuant to HRAP Rule 42(a), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED:  Honolulu, Hawai'i, November 16, 2017.

Chief Judge

Associate Judge

Associate Judge